UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20059 TP-MIDDLEBROOKS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

YECHEZKEL WELLS,

  Defendant(s).
_____/



## ORDER TERMINATING PROBATION

**THIS CAUSE** has come before the Court upon the Defendant's Motion For Early Termination of Probation, filed September 16, 2008. (DE 5). The Court is informed by the Probation Officer that she has no objection to the request. Mr. Wells has fully complied with all provisions of supervision. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's term of Probation is hereby **TERMINATED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this 23 day of September, 2008.

            DONALD M. MIDDLEBROOKS
            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
   U. S. Probation Office
   Defendant Pro Se